U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
SEP 2 0 2024
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.   NO. 3:24-MJ-886-BW

DAVID AARON BLOYED

# MOTION FOR DETENTION AND
# MOTION TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendant, **David Aaron Bloyed**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   __X__ Crime of violence (18 U.S.C. § 3156);

   _____ Maximum sentence life imprisonment or death;

   _____ 10 + year drug offense;

   _____ Felony, with two prior convictions in above categories;

   __X__ Serious risk defendant will flee;

   _____ Serious risk obstruction of justice;

   _____ Felony involving a minor victim;

   _____ Felony involving a firearm, destructive device, or any other

        dangerous weapon; or

   _____ Felony involving a failure to register (18 U.S.C. § 2250).

Motion for Detention - Page 1

2.      <u>Reason for Detention</u>: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required;

   __X__ Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

   _____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing</u>: The United States requests the Court conduct the detention hearing,

   _____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Rick Calvert*
RICK CALVERT
Assistant United States Attorney
Texas Bar Number 03669700
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
rick.calvert@usdoj.gov

## CERTIFICATE OF NON-SERVICE

I hereby certify that a true and correct copy of this document was filed via the Court's CM/ECF System on the 18th day of September 2024.

*/s/ Rick Calvert*
RICK CALVERT
Assistant United States Attorney

**Motion for Detention - Page 3**