UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § Case No. 3:24-mj-886-BW |
| | § Other Dist. Docket No. 24-mj-2272 |
| v. | § Charge Pending: |
| | § Middle District of Tennessee |
| DAVID AARON BLOYED (1) | § |

### REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
### AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of Communicating a Threat in Interstate Commerce. Having been arrested in this district on a warrant issued on that/those charge(s), he appeared before me for proceedings as follows:

**Rule 5(c)(3)    Transfer**

☐ The government has produced a copy of the warrant, and

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☐ The defendant waived identity hearing.

  ☒ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:    Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☒ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☒ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)    Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☐     The defendant elected to have a detention hearing in the district where the prosecution is pending.

☒     The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

      ☒     The defendant should be detained.

      ☐     The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☒     You are commanded to transfer the above-named defendant forthwith to the district in which he is charged and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

☐     It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐     It is ORDERED that this defendant be discharged.

DATE: 30th day of September, 2024

_____
United States Magistrate Judge

(Use Other Side for Return)